**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6112**

_____

MAURICE ANDERSON,

                              Plaintiff - Appellant,

        versus

ROGER PHILLIPS, M.D., Head Physician/Medical
Director; ABDUL JAMALUDEEN, M.D., Physician;
CORRECTIONAL MEDICAL SERVICES, Jails Medical
Company,

                              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-00-868-2)

_____

Submitted:  April 12, 2001          Decided:  April 18, 2001

_____

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Maurice Anderson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Maurice Anderson, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Anderson v. Phillips</u>, No. CA-00-868-2 (E.D. Va. Dec. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>